IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARL D. MITCHELL,** | 2:09-cv-0269-MCE-CMK-(HC) |
| Petitioner, | **ORDER** |
| v. | |
| **A. HEDGEPETH,** | |
| Respondent. | |

Respondents have requested an extension of time to file an answer to Petitioner's Petition for Writ of Habeas Corpus. Good cause appearing,

IT IS HEREBY ORDERED THAT Respondents are granted an extension of time of thirty (30) days, up to and including May 7, 2009, to complete and file Respondent's Answer.

Dated: April 14, 2009          \_\_\_\_\_/s/_____
                                              The Honorable Craig M. Kellison

1