# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL D. MITCHELL, | No. CIV S-09-0269-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| A. HEDGEPETH, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is respondent's motion for leave to accept a late-filed answer (Doc. 16).  Good cause appearing therefor, the request is granted.  The answer has been filed and is considered timely.

IT IS SO ORDERED.

DATED: June 25, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE